UNITED STATES DISTRICT COURT
FOR THE EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONLAN TIRE CO., LLC,

Plaintiff,

v.

ALEC "A.J." GONZALES,

Defendant.

Case No. 25-cv-10701-SDK-APP

Hon. Shalina D. Kumar

Magistrate Judge Anthony P. Patti

---

**Preliminary Injunction Order**

This matter having come before the Court on the parties' stipulation and agreement; the parties having stipulated to this Order for the purposes of exploring a global settlement to the parties' claims and potential counterclaims; and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that:

1. With respect to the customers listed in Exhibit A (which exhibit shall remain confidential), Defendant is enjoined from (a) directly or indirectly soliciting any of them for business, (b) directly accepting business from any of them, (c) directly or indirectly diverting their business from Conlan, (d) otherwise aiding any employee or agent of Snider with doing any of the above, (e) initiating any contact whatsoever with any of them for any commercial or business purposes, or (f) referring any of them to

any specific company, except if contacted by such customers for business purposes during this period, Gonzales:

(A) Shall only state that he is "no longer employed by Conlan"; and

(B) May state that "if the customer is a customer of Snider, they are welcome to contact someone else at Snider for assistance, but that he cannot, at this time, service their business."

Exhibit A shall remain confidential between the parties and used by Defendant only to comply with this Order, and Defendant shall not disclose the list to any third party

2. Conlan Tire shall direct Alex Conlan, Greg Williamson, Robert Hasenak, and Aaron Byram to not defame Gonzales.

3. This preliminary injunction shall remain in effect for 60 days unless extended by further agreement of the parties or order of this Court.

IT IS FURTHER ORDERED that by stipulating to this Order, Defendant is not waiving his right to argue against the existence of or enforceability of the alleged Confidentiality and Non-Solicitation Agreement, and nothing in this Order eliminates any of Defendant's contractual obligations that he may have under the disputed Agreement. This Order makes no decisions related to the enforceability of the Agreement nor does it prejudice the parties' rights.

IT IS SO ORDERED.

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge

Dated: April 30, 2025

So Stipulated:

Attorney for Plaintiff

By: */s/Eric J. Pelton*________________
Eric J. Pelton (P40635)

Dated: April 29, 2025

Attorneys for Defendant

By: */s/ Zachary Mack with permission*___
Zachary Mack (P62742)

Dated: April 29, 2025