UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONLAN TIRE CO., LLC,

    Plaintiff,

v.

ALEC "A.J." GONZALES,

    Defendant.

Case No. 25-cv-10701-SDK-APP

Hon. Shalina D. Kumar

Magistrate Judge Anthony P. Patti

---

**Stipulation and Order Regarding
Preliminary Injunction and Defendant Gonzales's ESI**

The parties having stipulated to this Order and the Court being otherwise fully advised in the premises:

IT IS ORDERED that:

1. The Preliminary Injunction, entered by the Court on April 29, 2025, is hereby extended through August 5, 2025.

2. On or before July 10, 2025, Defendant Gonzales shall contact N1 Discovery and Computer Forensic Services, Inc. to comply with Exhibits 1 and 2 to this Order by the deadlines in those exhibits, the terms of which are incorporated herein.

3. N1 Discovery and Computer Forensic Services, Inc. shall conduct all work in accordance with Exhibits 1 and 2 to this Order.

4. On or before June 27, 2025, Defendant Gonzales shall execute an authorization required by Yahoo for the subpoena attached as Exhibit 3 and send the email authorization required by Yahoo with a copy to rbohannon@khvpf.com and mack@spplaw.com.

IT IS SO ORDERED.

Dated: 6/24/25

Shalina D. Kumar
United States District Judge

Agreed to by:

Eric J. Pelton (P40635)
Ryan D. Bohannon (P73394)
Sean T.H. Dutton (P77515)
KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.
Attorneys for Plaintiff
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
rbohannon@khvpf.com
sdutton@khvpf.com

Dated: June 24, 2025

Zachary Mack (P62742)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
Attorney for Defendant
105 E. Main St.
Northville, MI 48167
(248) 679-8711
mack@spplaw.com

Dated: June 24, 2025