**EXHIBIT 1**

## Device Info (17)

| # | Category | Name | Value | Time |
|---|---|---|---|---|
| 1 | General | Model number | J410AP | |
| 2 | General | Apple ID | business4aj@yahoo.com | |
| 3 | General | iCloud account present | True | |
| 4 | General | Last Cloud Backup Date | 6/29/2025 4:35:56 AM(UTC+0) | 6/29/2025 |
| 5 | General | Message Retention Duration | Forever | |
| 6 | General | Model number | J410AP | |
| 7 | General | AirDrop ID | 56ca8c8d0301 | |
| 8 | General | Apple ID | business4aj@yahoo.com | |
| 9 | General | iCloud account present | True | |
| 10 | General | Last Cloud Backup Date | 6/23/2025 8:25:09 PM(UTC+0) | 6/23/2025 |
| 11 | General | Message Retention Duration | Forever | |
| 12 | Metadata | DeviceInfoOSType | iOS | |
| 13 | Metadata | DeviceInfoOSType | iOS | |
| 14 | Phone Settings | Location Services Enabled | True | |
| 15 | Phone Settings | Find my iPhone enabled | True | |
| 16 | Phone Settings | Location Services Enabled | True | |
| 17 | Phone Settings | Find my iPhone enabled | True | |

| # | Chat # | Identifier | From | To | Body | Timestamp: Time | Start Time: Date | Participants | Start Time: Time | Last Activity: Date | Last Activity: Time | Name | Source | Chat Type | Instant Message # | Participants Timestamps | Priority | Platform | Source Extraction | Starred message |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d | Assistant ChatGPT | Can yahoo deny a subpoena for old deleted emails if it is only a civil lawsuit and not criminal law suit in court? | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 1 | | Normal | Unknown | Cloud (1) | No |
| 2 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | Assistant ChatGPT | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | In general, **Yahoo (now part of Yahoo Inc., formerly under Verizon/Oath)** **cannot "deny" a valid subpoena** — but **what they are legally required or willing to provide depends on the type of lawsuit and the data available.**<br><br>Here's how it typically works:<br><br>---<br><br>### ◇ 1. **Civil vs. Criminal Subpoenas**<br><br>- **Criminal subpoenas** (e.g. from law enforcement, grand juries) carry more weight and often compel companies to preserve and produce more data.<br>- **Civil subpoenas** (from attorneys in lawsuits) are generally **more limited**, especially in cases of deleted data.<br><br>---<br><br>### ◇ 2. **Yahoo's Policy on Deleted Emails**<br><br>- **Once an email is deleted and purged from Yahoo's servers**, it is **permanently deleted** according to their stated policy.<br>- Yahoo typically **does not retain deleted emails beyond a short window** (usually 7–30 days after deletion, depending on their backup cycle).<br>- If the email **no longer exists on their servers or backups**, **Yahoo cannot produce it**, regardless of the subpoena type.<br><br>---<br><br>### ◇ 3. **Can Yahoo Deny a Civil Subpoena?**<br><br>- Yahoo **can challenge or reject** a **civil subpoena** if:<br>  - It is **overly broad** or lacks jurisdiction. | 6/10/2025 10:05:06 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 2 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | Normal | Unknown | Cloud (1) | No |
| 3 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d | Assistant ChatGPT | I deleted a email a year ago from my yahoo account. Can yahoo still retrieve the email? | 6/10/2025 10:07:55 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 3 | | Normal | Unknown | Cloud (1) | No |
| 4 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | Assistant ChatGPT | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | In almost all cases, **Yahoo cannot retrieve an email that was permanently deleted a year ago.**<br><br>Here's why:<br><br>---<br><br>### ◇ Yahoo's Policy on Deleted Emails<br><br>- When you delete an email in Yahoo, it goes to the **Trash folder**.<br>- If you **empty the Trash**, or the email sits in Trash for more than **30 days**, it is **permanently deleted**.<br>- Yahoo states that **permanently deleted emails cannot be recovered**, especially **after 7 to 30 days**, depending on their server and backup cycle.<br><br>---<br><br>### ◇ Timeframe Matters<br><br>- You said the email was deleted **a year ago**.<br>- By now, that email is:<br>  - **Permanently purged** from Yahoo's servers and backups.<br>  - **Not retrievable** by Yahoo support, even with a subpoena or law enforcement request.<br><br>---<br><br>### ◇ No Backups After Deletion Window<br><br>Yahoo does not maintain long-term backups of user emails for individual account recovery. Once it's gone, **"it's gone forever"** — unless:<br>- You have a local backup (like on an email client, hard drive, or phone). | 6/10/2025 10:07:56 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 4 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | Normal | Unknown | Cloud (1) | No |
| 5 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d | Assistant ChatGPT | So even with a court ordered subpoena yahoo cannot retrieve the deleted email? | 6/10/2025 10:44:54 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 5 | | Normal | Unknown | Cloud (1) | No |
| 6 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | Assistant ChatGPT | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | Correct — **even with a court-ordered subpoena, Yahoo cannot retrieve a permanently deleted email** if it no longer exists on their servers or backups.<br><br>### 🔍 Here's how it breaks down:<br><br>---<br><br>### ◇ 1. **Deleted Email = Physically Gone**<br>- Yahoo's infrastructure **permanently erases** email data once it's deleted and purged from the system (typically within **30 days** of deletion).<br>- After this point, the **data is overwritten**, and **no longer exists**, even in backups.<br><br>---<br><br>### ◇ 2. **Subpoena Limitations**<br>- A **subpoena, even from a judge**, **cannot compel production of non-existent data**.<br>- Yahoo can only comply **if the data is still available** (on live servers or archived backups).<br>- Their compliance will return **"no data found"** if the content is no longer retained.<br><br>---<br><br>### ◇ 3. **Legal Reference: The Stored Communications Act (SCA)**<br>- Under **18 U.S.C. § 2701 et seq.**, Yahoo:<br>  - **Is not obligated to retain or retrieve** content that's been deleted.<br>  - Cannot produce data it no longer possesses, even under court order.<br><br>---<br><br>### ◇ ☑ Bottom Line:<br><br>> **No court order, subpoena, or legal motion can recover a Yahoo email that has been | 6/10/2025 10:44:55 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 6 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | Normal | Unknown | Cloud (1) | No |
| 7 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d | Assistant ChatGPT | If I delete a email today and permanently delete it from my trash folder. How many days is yahoo still able to retrieve it? | 6/10/2025 10:49:12 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 7 | | Normal | Unknown | Cloud (1) | No |

| # | | ID | Owner ID | Assistant | Conversation ID | Content | Created | Date | Conversation Owner | Created (UTC) | Modified | Title | Source | Status | Seq | Conversation ID 2 | Priority | Flag | Location | Archived |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | | Assistant ChatGPT | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | If you **delete an email today** and **permanently remove it from your Yahoo Trash folder**, Yahoo **may only be able to retrieve it for a very limited time — typically no more than 7 days**, and **often much less**.<br><br>---<br><br>### ◦ Key Timeframes to Know:<br><br>\| **Action** \| **What Happens** \| **Data Recovery Window** \|<br>\|-----------\|-------------------\|---------------------------\|<br>\| Email moved to Trash \| It stays there for 30 days \| Recoverable by you anytime within that period \|<br>\| Trash manually emptied (permanent deletion) \| Email is flagged for deletion from Yahoo's servers \| Typically **0–7 days** before it is unrecoverable \|<br>\| After Yahoo's final deletion \| Email is **permanently erased** from Yahoo's systems and backups \| **No recovery possible**, even by subpoena \|<br><br>---<br><br>### ◦ What Yahoo Officially States:<br>> Once an email is deleted from the Trash folder, Yahoo may not be able to recover it. Users can *request a restore*, but only **within a few days** (generally **within 7 days maximum**), and success is not guaranteed.<br><br>---<br><br>### ◦ Emergency Recovery (If Acted on Quickly):<br>- If you just deleted the email today and want to try to recover it:<br>  - Visit Yahoo's **"Restore Lost or Deleted Emails"** form:<br>    ↻ [Yahoo Mail Restore Help Page](https://help.yahoo.com/kb/SLN2552.html)<br>  - Submit the form **ASAP**, ideally within **24–48 hours** of deletion. | 6/10/2025 10:49:13 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 8 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | Normal | Unknown | Cloud (1) | No |
| 9 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d | Assistant ChatGPT | | Is yahoo able to pull a report that says what emails I permanently deleted? | 6/10/2025 10:50:54 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 9 | Assistant ChatGPT | Normal | Unknown | Cloud (1) | No |
| 10 | 1 | 4db98b23-1727-401e-a82f-7606c91e5af0 | | Assistant ChatGPT | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | No, **Yahoo is generally not able to provide a report showing what specific emails you permanently deleted** — especially **after those emails have been purged from their system**.<br><br>---<br><br>### ◦ Here's what Yahoo can and cannot typically provide:<br><br>\| **Type of Info** \| **Can Yahoo Provide It?** \| **Notes** \|<br>\|------------------\|---------------------------\|-----------\|<br>\| A list of current emails in your inbox/folders \| ☑ Yes \| Available to you directly via your account \|<br>\| A list of emails in Trash (if not yet emptied) \| ☑ Yes \| Until Trash is manually emptied or 30 days pass \|<br>\| A list of emails that were permanently deleted \| ✘ **No** \| Once an email is purged, metadata and content are erased \|<br>\| A report of deletion actions (logs showing you deleted something) \| ✘ Usually **no** \| Yahoo does **not log or retain detailed user-level deletion history** for individuals \|<br>\| Account login/access history \| ☑ Sometimes \| Can show login IPs, times — not message-level activity \|<br><br>---<br><br>### ◦ Why This Matters<br>- **Once an email is deleted from Trash**, it is typically:<br>  - Removed from all folders<br>  - Erased from Yahoo's content databases<br>  - **Not tracked** in an audit log accessible by Yahoo support or subpoena<br><br>---<br><br>### ◦ … | 6/10/2025 10:50:54 PM(UTC-4) | 6/10/2025 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) Assistant ChatGPT | 6/10/2025 10:05:04 PM(UTC-4) | 6/10/2025 | 6/10/2025 10:50:54 PM(UTC-4) | Yahoo subpoena email denial | ChatGPT | Unknown | 10 | 982efae8-c7b1-40a7-9344-61aa4aa6f37d (owner) | Normal | Unknown | Cloud (1) | No |